**David WATTLETON, Plaintiff—Appellant,**

v.

**Arthur F. BEELER, Warden, FMC–Butner; Stephen Williams, Institutional Counselor, FMC–Butner, Defendants—Appellees.**

No. 05–6586.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2005.

Decided: Sept. 2, 2005.

David Wattleton, Appellant pro se.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Wattleton appeals the district court's order denying relief on his *Bivens* * complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wattleton v. Beeler,* No. CA–05–52–5 (E.D.N.C. Mar. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*